UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE ANDRAS,

    Plaintiff,

Case No. 18-cv-10192
Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Summary Judgment is DENIED, and this action is REMANDED for further administrative proceedings.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: March 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2019, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764